UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JEANICE FARLEY, Individually and on Behalf of MICHAEL FARLEY, an Incompetent Adult; GEORGE FARLEY; JAMES FARLEY and KIMBERLY-RAE FARLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 13-cv-261-LM<br>)<br>)<br>)<br>)<br>) |

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending claims brought by George Farley, James Farley and Kimberly-Rae Farley shall be dismissed, with prejudice, each party to bear its own costs. The claims of Jeanice Farley, individually and on behalf of Michael Farley, an incompetent adult, remain.

SO AGREED:

|  |  |
|---|---|
|  | JOHN P. KACAVAS<br>United States Attorney |
| /s/ Jamal K. Alsaffar<br>Jamal K. Alsaffar, Esq. | /s/ David Plourde<br>T. David Plourde |
|  | Assistant U.S. Attorney |
| Whitehurst, Harkness, Brees, Cheng,<br>Alsaffar & Higginbotham<br>5113 Southwest Parkway, Suite 150<br>Austin, TX 78735<br>512-476-4346<br>Jalsaffar@nationaltriallaw.com<br>ATTORNEY FOR PLAINTIFFS<br>Dated:   July 23, 2014 | NH Bar No. 2044<br>Chief, Civil Division<br>53 Pleasant Street, 4th Floor<br>Concord, NH 03301-3904<br>603-225-1552<br>david.plourde@usdoj.gov<br>ATTORNEY FOR DEFENDANT<br>Dated:    July 23, 2014 |

<u>CERTIFICATE OF SERVICE</u>

  I certify that on this 25th day of July, 2014, a copy of the above Stipulation of Dismissal was served via the ECF system on David Plourde, counsel for Defendant.

                /s/ T. David Plourde
                _____
                T. David Plourde, AUSA