# **Exhibit G**

# Progress Notes

Printed On Jun 14, 2013

Least pain:1-2/10
Typical pain:3-6/10 highly variable with activity and weather.

        SUBSTANCE USE
Reports no alcohol or drug use.

        SOCIAL/VOCATIONAL
Sees kids regularly.  Thinking about spending Thanksgiving with wife and kids.
She is now working at Dicks Sporting goods as a bookkeeper.  They get along well
as long as not living together.

        ACTIVITIES
Walks dogs regularly 4-5 miles a day. Working on cars.

CURRENT MEDICATIONS
Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | CYANOCOBALAMIN 1000MCG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY (FOR VITAMIN B12 DEFICIENCY) | ACTIVE |
| 2) | HYDROCHLOROTHIAZIDE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY (FOR FLUID/BLOOD PRESSURE) | ACTIVE |
| 3) | LEVETIRACETAM 500MG TAB TAKE TWO TABLETS TWICE A DAY | ACTIVE |
| 4) | METHYLPREDNISOLONE 4MG TAB DOSEPAK,21 TAKE DOSEPAK BY MOUTH AS DIRECTED (FOLLOW DOSEPAK DOSAGE DIRECTIONS) | ACTIVE |
| 5) | MORPHINE SULFATE 15MG SR TABS TAKE ONE TABLET BY MOUTH EVERY EIGHT HOURS FOR PAIN  NEXT FILL DUE 11/23  CALL FOR RENEWAL ONE WEEK BEFORE DUE | ACTIVE |
| 6) | MORPHINE SULFATE 30MG SR TABS TAKE ONE TABLET BY MOUTH EVERY EIGHT HOURS FOR PAIN  NEXT FILL DUE 11/23  CALL FOR RENEWAL ONE WEEK BEFORE DUE | ACTIVE |
| 7) | MORPHINE SULFATE IMMEDIATE RELEASE 30MG TAKE 1 TABLET BY MOUTH THREE TIMES A DAY CALL FOR RENEWAL ONE WEEK BEFORE DUE NEXT FILL DUE 11/23 | ACTIVE |
| 8) | NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY (TAKE WITH FOOD OR MILK) | ACTIVE |
| 9) | ROSUVASTATIN CA 10MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY WITH THE EVENING MEAL (FOR REDUCING CHOLESTEROL)***CRESTOR*** | ACTIVE |
| 10) | tiZANIDINE HCL 4MG TAB TAKE ONE TABLET BY MOUTH EVERY MORNING AND TAKE TWO TABLETS EVERY EVENING LOOK ALIKE/SOUND ALIKE DRUG | ACTIVE |

CURRENT MEDICATIONS FOR PAIN
levetriacetam 1000mg BID
Naprosyn 500mg BID

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| FARLEY,MICHAEL EDWARD<br>HILLCREST COMMONS<br>169 VALENTINE RD<br>PITTSFIELD, MASSACHUSETTS   01201 | Printed at MANCHESTER VAMC |

MAN VAMC 0184

# Progress Notes

MOUTH AS DIRECTED (FOLLOW DOSEPAK DOSAGE
DIRECTIONS)

5)   MORPHINE SULFATE 15MG SR TABS TAKE ONE TABLET BY        ACTIVE
MOUTH EVERY EIGHT HOURS FOR PAIN  NEXT FILL DUE
11/23  CALL FOR RENEWAL ONE WEEK BEFORE DUE

6)   MORPHINE SULFATE 30MG SR TABS TAKE ONE TABLET BY        ACTIVE
MOUTH EVERY EIGHT HOURS FOR PAIN  NEXT FILL DUE
11/23  CALL FOR RENEWAL ONE WEEK BEFORE DUE

7)   MORPHINE SULFATE IMMEDIATE RELEASE 30MG TAKE ONE         ACTIVE
TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN
NEXT FILL DUE 11/23  CALL FOR RENEWAL ONE WEEK
BEFORE DUE

8)   NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A      ACTIVE
DAY (TAKE WITH FOOD OR MILK)

9)   ROSUVASTATIN CA 10MG TAB TAKE ONE-HALF TABLET BY         ACTIVE
MOUTH EVERY DAY WITH THE EVENING MEAL (FOR REDUCING
CHOLESTEROL)***CRESTOR***

10)  tiZANIDINE HCL 4MG TAB TAKE ONE TABLET BY MOUTH EVERY    ACTIVE
MORNING AND TAKE TWO TABLETS EVERY EVENING LOOK
ALIKE/SOUND ALIKE DRUG

CURRENT MEDICATIONS FOR PAIN
MSContin 45 mg TID and morphine 30mg BID.
naprosymn 500mg BID
Tizanidine 4mg BID and 8mg hs
Levetiracetam 1000mg BID.

CURRENT OTHER PAIN TREATMENTS
Has both microwave and electrical heating pad that he uses for increases pain.
Has been sleeping on the floor because he rolls less on the arm.

SOCIAL VOCATIONAL ACTIVITY
Remains  SSD and VAMC and other supports. States has significant income a month
and has managed to save money and feels good that he can help his kids. Son was
just laid off from Brinks.
Walking five miles a day with his dog.  Avoids using a leash because of his arm.
Uses a walking stick and cane in the right hand for his knees so would have to
use lease on the left that he can't tolerate.

SEes children regularly.  Enjoys spending time with an older Korean War Vet (in
mid 70s), help each other out as needed.

OBJECTIVE
General:  Thin and fit appearing.
Psych: Direct with good eye contact. Oriented x 3, no sedation or intoxication
apparent. Affect responsive, quite animated.
Eyes: PERLA, EOMS, sclera non- injected
Integument: Skin warm and dry without lesions or rashes visible in exposed areas

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

FARLEY,MICHAEL EDWARD
HILLCREST COMMONS
169 VALENTINE RD
PITTSFIELD, MASSACHUSETTS  01201

**VISTA Electronic Medical Documentation**

Printed at MANCHESTER VAMC

# Progress Notes

```
/es/ PATRICIA CALLAHAN, RPH
CLINICAL PHARMACY COORDINATOR
Signed: 09/02/2009 16:27

Receipt Acknowledged By:
09/03/2009 08:14     /es/ ARMANDO DELRIO MD
                         PRIMARY CARE PHYSICIAN
```

```
 LOCAL TITLE: NO SHOW/CANCELLED
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: SEP 01, 2009@15:39    ENTRY DATE: SEP 01, 2009@15:39:29
    AUTHOR: HAMER,ROY HT       EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Primary Care Del Rio/ no show for appt. @1300.

/es/ ROY HAMER HT
Primary Care
Signed: 09/01/2009 15:39
```

```
 LOCAL TITLE: PRIMARY CARE (T)
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: SEP 01, 2009@13:23    ENTRY DATE: SEP 01, 2009@13:23:22
    AUTHOR: DELRIO,ARMANDO       EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

   *** PRIMARY CARE (T) Has ADDENDA ***

The patient is a 55 year old, MALE.

Chief Complaint: is seeing cardiology dr klenosky he is going to be having echo
for cardiac cahanges wil keep me informed of same   pateitnhas no present   chest
pain no sob walks two miles a day and swims regulalry
2)doesn't apper tohave had colonospcy refer for same it appers he was supposed
to have one in nune of 09 but i see no follow up and pateitndeneis having recent
colonospcy so willrefe for sme
  Colorectal Cancer Screening:
    Patient is scheduled for a colonoscopy.
  V1-Depression Screen:
    Record PHQ-2
    A PHQ-2 screen was performed. The score was 0 which is a negative
       screen for depression.

       1. Little interest or pleasure in doing things
       Not at all
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

FARLEY,MICHAEL EDWARD
HILLCREST COMMONS
169 VALENTINE RD
PITTSFIELD, MASSACHUSETTS  01201

**VISTA Electronic Medical Documentation**

Printed at MANCHESTER VAMC

MAN VAMC 0220

# Progress Notes

Printed On Jun 14, 2013

for 1-2 years.  Neuropathic and mechanical pain left forearm post remote complex fracture with neural injury.  Elements of non-progressive CPRS present.

Some auto-titration meds in past reportedly in response to pain, bears close watching.  No shared history of substance issues.

INTERVAL HISTORY: TREATMENTS, ISSUES AND EVALUATIONS SINCE LAST VISIT
State new generic morphien working better.

CURRENT PAIN
Worst pain at this time is in the knees.  Equal on both sides.  States past xrays here show bilateral arthritis.  I find none in the system.  He has been seen in

MOOD
No anxiety or depression issues.  Feels upbeat.

SLEEP
Generally well.  Occasionally wakes due to arm pain, not regularly.

SUBSTANCE USE
Denies use of alcohol or street drugs.  Reducing tobacco use, aims to quit.

SOCIAL/VOCATIONAL/ACTIVITIES
Continues physically very active, walking dog miles a day.  Knees are raeally beginning to limit him he says.

CURRENT MEDICATIONS
Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ASPIRIN 81MG ENTERIC TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 2) | ATENOLOL 25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY (FOR HEART) | ACTIVE |
| 3) | CYANOCOBALAMIN 1000MCG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY (FOR VITAMIN B12 DEFICIENCY) | ACTIVE |
| 4) | IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY (TAKE WITH FOOD OR MILK) | ACTIVE |
| 5) | LEVETIRACETAM 500MG TAB TAKE TWO TABLETS TWICE A DAY | ACTIVE |
| 6) | MORPHINE SULFATE 15MG SR TABS TAKE ONE TABLET BY MOUTH EVERY EIGHT HOURS TOTAL DOSE 45MG  FOR PAIN  NEXT FILL DUE 1-26  CALL FOR RENEWAL ONE WEEK BEFORE DUE | ACTIVE |
| 7) | MORPHINE SULFATE 30MG SR TABS TAKE ONE TABLET BY MOUTH EVERY EIGHT HOURS FOR PAIN  NEXT FILL DUE 1-26   CALL FOR RENEWAL ONE WEEK BEFORE DUE | ACTIVE |
| 8) | MORPHINE SULFATE IMMEDIATE RELEASE 15MG TAKE 1 TABLET | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

FARLEY,MICHAEL EDWARD
HILLCREST COMMONS
169 VALENTINE RD
PITTSFIELD, MASSACHUSETTS  01201

**VISTA Electronic Medical Documentation**

Printed at MANCHESTER VAMC

MAN VAMC 0262

# Progress Notes

Printed On Jun 14, 2013

AUTHOR: SAVAGE,SEDDON R      EXP COSIGNER:
URGENCY:                                    STATUS: COMPLETED

PURPOSE OF VISIT
Scheduled follow-up.  Follow-up requested by patient, clinician for.

CHIEF COMPLAINT
"This medication doesn't work as well as the old medication...they changed companies..."

HISTORY OF PRESENT ILLNESS
        PAIN SUMMARY  (from prior evaluations)

        CURRENT PAIN
Has pain in back, knees bilaterally and left arm.  Left arm is the worst pain.  Perhaps a very little better with recent titration of MSCR to 60mg q8 however patient feels the new generic form does not work as well as the old form.  States gets better relief from 30 and 15 mg tablets (stamped M) than 60mg tablets (white football shaped).

        MOOD
Good.  No depression or anxiety.

        SLEEP
Okay most of the time.  Sometimes interrupted by pain, not usual at this time.

        SUBSTANCE USE
No alcohol at all.  No marijuana or other drugs.
Smokes half a pack of cigarettes a day, only with coffee drinks 4-5 cups.

        SOCIAL/VOCATIONAL
Live by self.  Sees kids regularly.  Son 25 - just out of army (Korean) working for Brinks, son 19 works at Circuit City in Keene and daughter 18 graduated last year, not sure what she wants to do. (patient trying to get her into mechanics, says its all computer so she could troubleshoot etc). Now thinking about tatoo art.

        ACTIVITIES
Still walks five miles a day.  On SSD.  Works on his own cars.  Friendly with folks in town including cops.

INTERVAL HISTORY: TREATMENTS, ISSUES AND EVALUATIONS SINCE LAST VISIT

ROS
Weight stable, appetite stable, no sweats or chills,
eyes: No recent change in vision, no eye irritation or infection.
ENT: No recent change in hearing, no ringing in the ears, no new sinus congestion.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

FARLEY,MICHAEL EDWARD
HILLCREST COMMONS
169 VALENTINE RD
PITTSFIELD, MASSACHUSETTS  01201

VISTA Electronic Medical Documentation

Printed at MANCHESTER VAMC

MAN VAMC 0266

# Progress Notes

Printed On Jun 14, 2013

neuro: No new dizziness, lightheadedness or balance problems
psych: Mood stable.  No anxiety or depressed feelings.
skin: No new lesions or rashes.
cardiovascular: HTN well controlled NO recent chest pain or palpitations.
pulmonary: NO dyspnea, wheezing or infections
GI: No constipation noted with relatively high dose opioids.  No diarrhea.
GU: No change in voiding.  No new hesitancy, frequency or urgency.
endocrine: NO diabetes or thyroid problems
hemotologic: No abnormal bleeding or bruising noted.
musculoskeletal: As above.


FOLLOW-UP PAST RECOMMENDATIONS
At the last visit the following suggestions # were made (with responses >>>
noted below each recommendation):
Try afternoon dose of tizanidine 4mg to optimize analgesia.
>>>Continues to take 1 am and 2 hs.  Helps

Increase dose of MSCR to 60mg BID and reduce IR MS to BID 15mg or qd 30mg prn
incident pain.
>>>No chagne, believes new generic not as effective.  From orange pill with M to
white football, just doesn't last as long.

Continue levetiracetam 1000mg BID which patient has found helpful, renews
regularly.
>>>Still helpful

Pace activities.
>>>Tries

Maintain aerobic activity for circulatory benefits.
>>five miles per day walking.

Tx HTN per PCP.
>>>Improved.

If neck or knee pain become problematic would introduce RTC NSAID.
>>>Uses prn.

CURRENT MEDICATIONS
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1) ASPIRIN 81MG ENTERIC TAB TAKE ONE TABLET BY MOUTH EVERY DAY | ACTIVE |
| 2) ATENOLOL 25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY (FOR HEART) | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

FARLEY,MICHAEL EDWARD
HILLCREST COMMONS
169 VALENTINE RD
PITTSFIELD, MASSACHUSETTS   01201

**VISTA Electronic Medical Documentation**

Printed at MANCHESTER VAMC

MAN VAMC 0267