UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Jeanice Farley, et al.</u>

      v.                           Civil No. 13-cv-261-LM

<u>United States of America</u>


## J U D G M E N T

Judgment is hereby entered in accordance with the following:

1. Stipulation of Dismissal as to claims brought by George Farley, James Farley, and Kimberly-Rae Farley, filed on July 25, 2014.

2. Memorandum and Order dated April 3, 2015, by District Judge Landya B. McCafferty, against the United States in favor of Mrs. Farley, on behalf of Mr. Farley, in the amount of $21,468,710.62, and in favor of Mrs. Farley, individually, in the amount of $100,000.00.

Pursuant to 28 U.S.C. § 2678, attorney's fees are limited to 25% of the judgment, which the court found to be a reasonable fee in this case. Post-judgment interest shall be awarded in accordance with 31 U.S.C. § 1304(b)(1).

                                                           By the Court,


                                                           **/s/ Daniel J. Lynch**
                                                           Daniel J. Lynch
                                                           Clerk of Court

Date: April 6, 2015

cc: Jamal K. Alsaffar, Esq.
Tom Jacob, Esq.
Lawrence A. Vogelman, Esq.
T. David Plourde, Esq.