IN THE UNITED STATES DISTRICT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JEANICE FARLEY, individually and on behalf of MICHAEL FARLEY, an incompetent adult, | § § § § | |
| Plaintiff | § § | |
| vs. | § | No. 1:13-cv-261-LM |
| UNITED STATES OF AMERICA, | § § | |
| Defendant | § § § § § | |

## DECLARATION OF JAMAL K. ALSAFFAR

My name is Jamal K. Alsaffar and I am of sound mind and body. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am the attorney for the Farleys, the Plaintiffs in the above styled action. I have personal knowledge of the facts stated in this declaration.
2. I have attached to this declaration, and incorporate herein, an itemized list of costs and expenses that have been incurred in the administrative, discovery, trial, and post-trial portions of the above styled action. These costs are correctly stated, were incurred pursuant to an agreement with my clients, and were reasonably, necessarily, and actually incurred in the work up of this case.


04/22/15
_____
Date

_____
Jamal K. Alsaffar,
jalsaffar@nationaltriallaw.com
Texas State Bar #2402719

1

3:21 PM
04/22/15
Accrual Basis

## WHBCA&H Client Expense Account
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **Farley** | | | | | |
| **Court Costs** | | | | | |
| Check | 6/4/2014 | 4021 | ResIpsa | Inv. 4724, video depo of Dr. Daniel Lombardi | 674.80 |
| Check | 6/4/2014 | 4021 | ResIpsa | Inv. 4725, video depo of Dr. DelRio & Dr. Lamphere | 854.75 |
| Check | 7/10/2014 | 4070 | Archuleta & Associates | reimb Henjun Goucher Reporting pymt on3/28/14 | 251.80 |
| Check | 8/26/2014 | 4128 | Chase Card Services (old staff) | Pacer billings, 2nd quarter | 1.00 |
| Check | 8/28/2014 | 4136 | Court Reporters Clearinghouse, Inc. | Inv. 106879; Depo of Dr. Mattson | 1,239.75 |
| Check | 9/8/2014 | 4148 | Court Reporters Clearinghouse, Inc. | Inv. 107305; Depo of Dr. Greer | 1,193.50 |
| Check | 9/8/2014 | 4148 | Court Reporters Clearinghouse, Inc. | Inv. 107150; Depo of Dr. Mattson | 1,405.50 |
| Check | 9/22/2014 | 4172 | Court Reporters Clearinghouse, Inc. | Inv. 97143; depo of Manning | 1,548.75 |
| Check | 9/22/2014 | 4172 | Court Reporters Clearinghouse, Inc. | Inv. 97144; depo of Caplan | 1,339.25 |
| Check | 9/22/2014 | 4177 | Nixon, Vogelman, Barry, et al. | filing fee - pro hac vice | 100.00 |
| Check | 10/10/2014 | 4192 | Behmke Reporting and Video Servi... | Inv. 46509AC, transcript of Anthony Kim depo | 1,976.82 |
| Check | 10/10/2014 | 4196 | Paula E. Hogan | Inv. 1677, Milano depo transcript | 504.75 |
| Check | 10/28/2014 | 4230 | Diane M. Churas | trial transcript | 927.00 |
| Check | 10/28/2014 | 4231 | Susan M. Bateman | trial transcript | 618.00 |
| Deposit | 11/4/2014 | 4417 | Diane M. Churas | partial refund 20140050 | -6.80 |
| Deposit | 11/4/2014 | 530 | Susan M. Bateman | partial refund | -25.20 |
| Check | 11/20/2014 | 4264 | Susan M. Bateman | balance due on trial transcript | 204.25 |
| Bill | 12/18/2014 | Pacer | WHBCA&H | Pacer charges, 3rd qtr | 47.70 |
| Check | 3/5/2015 | 4608 | Chase Card Services (Sandy) | Pacer charges 10/1/14 - 12/31/13 | 139.30 |
| **Total Court Costs** | | | | | 12,994.92 |
| | | | | | |
| **Depositions** | | | | | |
| Check | 6/19/2014 | 4046 | ResIpsa | Inv. 4820, Depo of Courtney Fields | 582.41 |
| Check | 7/3/2014 | 4062 | Ralph Fink & Associates, Inc. | Inv. 124980, Depo of Dr. Charash | 498.65 |
| Check | 8/5/2014 | 4095 | Moriarty Reporting & Video | Inv. 6071, Depo of K. Stein | 348.70 |
| Check | 8/5/2014 | 4093 | Court Reporters Clearinghouse, Inc. | Inv. 95394, Depo of N. Rutledge | 349.62 |
| Check | 8/19/2014 | 4110 | L.A. Court Reporters, LLC | Inv. 19424; Depo of Dr. Eilers | 498.80 |
| Check | 9/22/2014 | 4174 | ResIpsa | Inv. 5033; Video depo of Caplan | 614.39 |
| Check | 9/22/2014 | 4174 | ResIpsa | Inv. 5032; Video depo of Manning | 598.15 |
| Check | 9/22/2014 | 4174 | ResIpsa | Inv. 5028; Video depo of Greer | 737.90 |
| Check | 10/2/2014 | 4186 | ResIpsa | Inv. 5064, video depo of Dr. Kim | 1,443.36 |
| Check | 10/10/2014 | 4196 | Paula E. Hogan | Inv. 1679, Milano transcript copy | 597.15 |
| Check | 4/14/2015 | 4645 | ResIpsa | Inv. 5246, depo of Dr. Milano, 8/29/14 | 2,319.85 |
| Check | 4/14/2015 | 4645 | ResIpsa | Inv. 5247, depo of Dr. Milano, 9/18/14 | 1,425.00 |
| **Total Depositions** | | | | | 10,013.98 |
| | | | | | |
| **Expert** | | | | | |
| Check | 6/19/2014 | 4043 | Kenneth A. Stein, M.D. | deposition time | 1,980.00 |
| Check | 6/19/2014 | 4043 | Kenneth A. Stein, M.D. | deposition prep time | 1,780.00 |
| Check | 6/19/2014 | 4047 | Bruce D. Charash, M.D. | Deposition time | 800.00 |
| Check | 6/19/2014 | 4047 | Bruce D. Charash, M.D. | Deposition prep time | 1,800.00 |
| Check | 7/3/2014 | 4057 | Bruce D. Charash, M.D. | depo review | 400.00 |
| Check | 7/17/2014 | 4079 | J. Neal Rutledge, MD FACR | 07.01.14 invoice | 8,350.00 |
| Check | 8/19/2014 | 4113 | Bruce D. Charash, M.D. | review | 800.00 |
| Check | 8/19/2014 | 4114 | James L. Frey, MD Research Ltd. | Deposition time | 1,600.00 |
| Check | 8/19/2014 | 4114 | James L. Frey, MD Research Ltd. | Pre depo time | 2,080.00 |
| Check | 9/10/2014 | 4154 | James L. Frey, MD Research Ltd. | balance due on depo prep | 1,700.50 |
| Check | 10/2/2014 | 4187 | Kenneth A. Stein, M.D. | trial | 6,872.00 |
| Check | 10/2/2014 | 4185 | Bruce D. Charash, M.D. | trial | 1,800.00 |
| Check | 10/10/2014 | 4194 | James L. Frey, MD Research Ltd. | reports, depo and trial testimony | 4,999.50 |
| Check | 10/28/2014 | 4229 | Bruce D. Charash, M.D. | trial | 8,210.00 |
| Check | 10/30/2014 | 4238 | Catharine S. Newick | Inv. 2014-440, preparation & trial | 1,750.00 |
| Check | 11/10/2014 | 4248 | J. Neal Rutledge, MD FACR | depo and trial services | 30,723.70 |
| Check | 4/14/2015 | 4644 | Physical Medicine & Rehabilitation ... | 1/21/14 - 10/23/14 services | 55,769.02 |
| **Total Expert** | | | | | 131,414.72 |
| | | | | | |
| **Interest** | | | | | |
| Check | 6/3/2014 | 4015 | Frost Bank | Interest due 6/9/14 | 78.87 |
| Check | 7/7/2014 | 4063 | Frost Bank | interest due 7/9 | 129.31 |
| Check | 8/20/2014 | 4117 | Frost Bank | interest due 8/9/14 | 159.84 |
| Check | 9/3/2014 | 4140 | Frost Bank | interest due 9/9/14 | 206.51 |
| Check | 10/14/2014 | 4200 | Frost Bank | interest due 10/9 | 264.59 |
| Check | 11/11/2014 | 4251 | Frost Bank | interest due 11/9 | 420.27 |
| Check | 12/10/2014 | 4514 | Frost Bank | interest due 12/9/14 | 724.76 |
| Check | 1/6/2015 | 4539 | Frost Bank | interest due 1/9/15 | 704.93 |
| Check | 2/3/2015 | 4580 | Frost Bank | interest due 2/9 | 704.93 |
| Check | 3/17/2015 | 4620 | Frost Bank (interest only) | Interest due 3/9 | 636.71 |
| Check | 4/8/2015 | ACH | Frost Bank (interest only) | Interest due 4/9 | 704.93 |
| Bill | 4/14/2015 | Farle... | Frost Bank | anticipated interest through 5/31/15 | 1,500.00 |
| **Total Interest** | | | | | 6,235.75 |
| | | | | | |
| **Opening Balance** | | | | | |
| Check | 5/23/2014 | 4009 | Archuleta & Associates | reimburse Archuleta & Assoc | 39,892.44 |
| **Total Opening Balance** | | | | | 39,892.44 |
| | | | | | |
| **Operating** | | | | | |

3:21 PM

04/22/15

Accrual Basis

# WHBCA&H Client Expense Account
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|-------:|
| Bill | 5/31/2014 | May c... | WHBCA&H | May copier charges | 70.50 |
| Bill | 5/31/2014 | posta... | WHBCA&H | May postage charges | 2.24 |
| Bill | 7/31/2014 | copier | WHBCA&H | July copier charges | 19.50 |
| Bill | 7/31/2014 | posta... | WHBCA&H | July postage charges | 1.11 |
| Bill | 8/31/2014 | copier | WHBCA&H | August copier charges | 8.00 |
| Check | 9/22/2014 | 4173 | Rainmaker | Inv. 31480; trial exhibits | 336.93 |
| Check | 9/22/2014 | 4173 | Rainmaker | Inv. 31414; copy CD | 129.90 |
| Bill | 9/30/2014 | copier | WHBCA&H | September copier charges | 2.25 |
| Bill | 9/30/2014 | posta... | WHBCA&H | September postage charges | 12.93 |
| Bill | 10/3/2014 | telep... | WHBCA&H | long distance charges | 0.27 |
| Check | 10/16/2014 | 4203 | Rainmaker | Inv. 31671, preparation for trial | 2,880.69 |
| Check | 10/23/2014 | 4222 | Rainmaker | Inv. 31714, preparation for trial | 3.51 |
| Bill | 10/24/2014 | copie... | WHBCA&H | October copier charges thru   10/20/14 | 354.50 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Potbelly, 12.26 | 12.26 |
| Check | 10/29/2014 | 4236 | FedEx | Federal Express charges | 143.05 |
| Bill | 10/30/2014 | telep... | WHBCA&H | long distance charges | 2.02 |
| Bill | 10/31/2014 | posta... | WHBCA&H | October postage charges | 2.45 |
| Bill | 11/30/2014 | copier | WHBCA&H | November copier charges | 7.50 |
| Check | 12/8/2014 | 4505 | FedEx | Federal Express charges | 1,941.85 |
| Bill | 2/28/2015 | posta... | WHBCA&H | February postage charges | 24.70 |
| Bill | 4/14/2015 | Farley | WHBCA&H | anticipated operating charges | 500.00 |
| **Total Operating** | | | | | **6,456.16** |
| **Professional Services** | | | | | |
| Check | 4/14/2015 | 4645 | ResIpsa | Inv. 5045, Day in the Life | 4,347.74 |
| **Total Professional Services** | | | | | **4,347.74** |
| **Research** | | | | | |
| Check | 7/10/2014 | 4070 | Archuleta & Associates | reimb Lexis Nexis pymt on 6/5/14 | 274.57 |
| Check | 8/13/2014 | 4100 | Thomson Reuters - West | Westlaw research in July | 60.25 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Paypal, Springer, 8/11 | 43.25 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Paypal, Springer, 8/14 | 43.25 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | John Wiley & Sons, 8/16 | 35.00 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | Amazon.com, 9/11 | 33.33 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | research books fromAmazon.com, 9/5 | 142.33 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | research books from Amazon.com, 9/5 | 171.49 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | research book from REI Science Direct, 9/10 | 71.90 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | research books from REI Science Direct, 9/11 | 71.90 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | research book from REI Science Direct, 9/12 | 35.95 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | research book from REI ELSevier Health, 9/15 | 34.10 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | research book from Amazon, 9/15 | 182.07 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | article from Lippincott  Williams, 9/15 | 35.00 |
| Check | 10/16/2014 | 4202 | Thomson Reuters - West | Westlaw research in September | 1,270.51 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | Amazon Marketplace  Braunwald's Heart Disease | 64.90 |
| Check | 12/10/2014 | 4513 | Thomson Reuters - West | Westlaw research in October | 1,696.21 |
| Check | 12/29/2014 | 4531 | Thomson Reuters - West | Westlaw research in November | 158.88 |
| Check | 1/22/2015 | 4554 | Thomson Reuters - West | Westlaw research in December | 608.91 |
| **Total Research** | | | | | **5,033.80** |
| **Travel** | | | | | |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Southwest Airlines, travel date 7/10-11 | 414.00 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Southwest Airlines, travel dates 6/18 - 6/19 | 1,150.50 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Uber Technologies, 6/18 | 30.00 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Il Mare Pizzeria, New York, NY 6/18 | 10.50 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Pappas  Burger, Houston, TX 6/19 | 12.58 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | HK Restaurant, New York, NY 6/18 | 77.33 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Uber Technologies, 6/19 | 61.00 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Staples, New York, NY 6/18 | 5.43 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | PAX Wholesome Foods, New York, NY 6/91 | 8.91 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Hotel Eventi, New York City, NY 6/20 | 431.51 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Travres, 6/21 | 261.56 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | BWI Boingo Wireless, 6/20 | 7.95 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Bare Burger, New York, NY 6/19 | 20.14 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Southwest Airlines, travel date 7/7 | 606.00 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Pasta Lovers, New York, NY 6/18 | 65.52 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | Taylor Street Market, Chicago, IL, 6/19 | 12.08 |
| Check | 7/22/2014 | 4083 | Chase Card Services (TJ) | AMB Parking, Austin, 6/20 | 14.00 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Holiday Inns Express, Oswego, IL 7/1, Steins depo | 132.93 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Jersey Mikes, Atlanta, GA, 7/7 | 11.31 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Bravo Italian Cucina, Des Peres, MO, 7/7 | 59.00 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Panera, Saint Louis, MO 7/8 | 6.70 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Peppe's,  Kirkwood, MO 7/8 | 50.25 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Panera, Saint Louis, MO 7/8 | 6.26 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Panera,  Saint Louis, MO 7/8 | 8.76 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Petromart, Coeur, MO 7/8 | 7.64 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Hertz Rent-A-Car, St. Louis, MO, 7/9 Steins depo | 419.83 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Burger King, St. Louis, MO 7/9 | 6.95 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | DNC Trael, 7/10, Eilers depo | 2.80 |

3:21 PM

04/22/15

Accrual Basis

**WHBCA&H Client Expense Account**
## Account QuickReport
All Transactions

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | ABM Parking, Austin, 7/9, Steins depo | 21.00 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Which Wich, Naperville, IL, 7/10, Eilers depo | 13.48 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Potbelly, Chicago, IL, 7/11 Eilers depo | 8.79 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Potbelly, Chicago, IL 7/11 | 2.21 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Pegasus, Chicago, IL 7/11 | 10.76 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Hertz Rent-A-Car, Chicago, IL 7/11, Eilers depo | 102.35 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Two Brothers, Aurora, IL 7/11 | 67.40 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | BWI*Boingo Wireless, 7/13 | 6.95 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | ABM Parking, Austin, 7/11 | 14.00 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Minuteman, Stickney, IL 7/11 | 15.46 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Platepass Hertz Tolls, 7/22 | 8.35 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | DNC Travel, Austin, 7/7, Steins depo | 2.80 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Southwest Airlines, travel date 8/19 | 619.20 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Southwest Airlines, travel date 8/26 | 494.70 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | DNC Travel, 8/19 | 3.56 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Leeann Chin, Baltimore, MD, 8/19 | 11.74 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | DNC Travel, 8/19 | 2.80 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Starbucks, New Haven, CT 8/20 | 1.86 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Tikkaway Fresh, New Haven, CT 8/19 | 7.98 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Starbucks, New Haven, CT 8/20 | 4.84 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Austin Article, 8/19 | 4.30 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Hertz Rent-A-Car, Windsor Locks, CT 8/21 | 471.17 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Mamouns Falafel, New Haven, CT 8/20 | 18.56 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | ABM Parking, Austin, 8/21 | 21.00 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Omni, New Haven, CT 8/21 | 715.09 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Sunoco, Hartford, CT 8/21 | 12.05 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Onmi, New Haven, CT 8/21 | 44.17 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Atlanta Bread, Atlanta, GA 8/21 | 13.26 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | DNC Travel, 8/26 | 5.50 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Starbucks, Boston, MA 8/27 | 5.78 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | BGR Burger, Linthicum, MD 8/26 | 10.58 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Starbucks, Boston, MA 8/27 | 2.25 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Hertz Rent-A-Car, Boston, MA 8/28 | 202.20 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Vineyard Grille, Boston, MA 8/28 | 25.27 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Longwood Galleria, Boston, MA 8/28 | 16.00 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Shawarma, Boston, MA 8/28 | 9.63 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Nine Zero Hotel, Boston, MA 8/28 | 895.09 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | ABM Parking, Austin, 8/28 | 21.00 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | United Airlines, travel date 10/6/14 | 495.60 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | United Airlines, travel date 10/6/14 | 495.60 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | United Airlines, travel date 10/8/14 | 341.60 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | United Airlines, travel date 10/8/14 | 341.60 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | Southwest Airlines, travel date 9/14/14 | 714.20 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | Hertz Rent-A-Car, Oklahoma, 9/10/14 | 103.50 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | Palomar, Phoenix, AZ 9/16 | 319.19 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | Palomar, Phoenix, AZ 9/16 | 4.87 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | Hertz Rent-A-Car, Phoenix, AZ 9/15 | 66.86 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | ABM Parking, Austin, 9/15 | 30.00 |
| Check | 9/30/2014 | 4169 | Chase Card Services (JA) | Blue Hound Kitchen, Phoenix, AZ 9/14 | 105.56 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Southwest Airlines, travel date 9/15 | 298.20 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Residence Inns, Concord, NH, 9/9 | 303.02 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Residence Inns, Concord, NH, 9/9 | 303.02 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Uber, San Francisco, CA, 9/15 | 32.06 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | SQ Coffee, Phoenix, AZ 9/15 | 4.75 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | DNC Travel, Austin, 9/15 | 2.80 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Los Taquitos, Phoenix, AZ 9/15 | 9.94 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Starbucks, San Francisco, CA, 9/16 | 6.00 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Honey Honey Cafe, San Francisco, CA 9/15 | 12.55 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Starbucks, San Francisco, CA 9/16 | 4.55 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Uber, San Francisco, CA 9/16 | 9.41 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Uber, San Francisco, CA 9/16 | 14.92 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Uber, SanFrancisco, CA 9/17 | 33.43 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Thai Stick, SanFrancisco, CA 9/16 | 18.20 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Prescott Hotel, San Francisco, CA 9/17 | 1,410.45 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | Honey Honey Cafe, San Francisco, CA 9/17 | 12.06 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | ABM Parking, Austin, 9/17 | 21.00 |
| Check | 10/9/2014 | 4197 | Chase Card Services (TJ) | HMS Host, LAX airport, 9/17 | 17.42 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Yellow Cab of Austin, 10/6 | 83.10 |
| Total Travel | | | | | 13,428.03 |
| **Trial** | | | | | |
| Check | 10/9/2014 | 4198 | Cash | cash for trial - meals, tips, daily reporter & supplies | 200.00 |
| Check | 10/13/2014 | 4201 | ResIpsa | Inv. 5091, trial retainer | 5,000.00 |
| Check | 10/28/2014 | 4226 | G&S Thompson Inc. | exhibit delivery charges | 69.42 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Southwest Airlines airfare, TAG, KK, Eilers & Frey, 9/30 | 1,724.10 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Southwest Airlines airfare, Frey, 10/2 | 594.20 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Office Depot, supplies, 10/14 | 122.66 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Siam Orchid, meals, 10/17 | 41.26 |

3:21 PM
04/22/15
Accrual Basis

**WHBCA&H Client Expense Account**
**Account QuickReport**
**All Transactions**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Nature's Kitchen, meals, 10/17 | 24.78 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Market Basket, groceries, 10/18 | 92.19 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Walmart, groceries, 10/18 | 26.83 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Staples, supplies, 10/19 | 104.34 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Hess, gasoline, 10/19 | 46.60 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | The Sandwich Depot, meals, 10/20 | 36.65 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Shaw's Market, 10/20 | 17.96 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Capitol Copy, 10/20 | 105.19 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Burlington Stores, supplies, 10/20 | 59.95 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Staples, supplies, 10/20 | 22.78 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | US Airways, airfare, Charash, 10/21 | 317.60 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Panera Bread, meals, 10/22 | 130.00 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Southwest Airlines, airfare, 10/22 | 118.00 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | payment for daily transcript | 848.00 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Panera Bread, meals, 10/23 | 151.80 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | The Sandwich Depot, meals, 10/24 | 69.69 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Courtyard by Marriott, lodging, 10/24 | 140.61 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Shell Oil, gasoline, 10/24 | 38.37 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Courtyard by Marriott, 10/24 | 703.04 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Residence Inn, food market, 10/24 | 8.00 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Enterprise car rental, 10/25 | 427.54 |
| Check | 10/28/2014 | 4234 | Thelma Alvarado | Residence Inn Concord, lodging, 10/25 | 7,538.43 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Southwest Airlines, travel date 10/18 | 1,238.40 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Delta Airlines, travel date 10/21 | 156.60 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | US Airways, travel date 10/25 | 162.10 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Paypal Video, 10/8 | 284.65 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Granite Restaurant, Concord, NH 10/7 | 160.53 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Market Fresh, Newark, NJ 10/8 | 11.93 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Starbucks, Manchester, NH 10/8 | 10.86 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | The Copy Room, Manchester, NH 10/14 | 5,157.33 |
| Check | 10/29/2014 | 4237 | Chase Card Services (JA) | Vinnie's Pizzaria, Concord, NH 10/18 | 48.49 |
| Check | 10/30/2014 | 4245 | Bill Whitehurst | reimburse payment made for daily transcript | 173.00 |
| Check | 10/30/2014 | 4235 | Bank of America (TH) | Coash & Coash, 10/6 | 466.23 |
| Check | 11/10/2014 | 4249 | The Exhibit Company | Inv. 15251, exhibits for trial | 3,883.00 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | FedEx refund | -57.82 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | DNC Travel, 10/6 | 17.01 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | FedExOffice, Concord, NH 10/7 | 67.99 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | Einstein Brothers, Concord, NH 10/7 | 11.46 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | FedExOffice, Concord, NH 10/7 | 117.14 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | The Olive Garden, Keene, NH 10/6 | 25.38 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | Hertz Rent-a-Car, Albany, NY 10/8 | 415.68 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | Brown Ave, Manchester, NH 10/8 | 28.23 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | ABM Parking, Austin, 10/8 | 21.00 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | Residence Inns, Concord, NH 10/8 | 5.00 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | DNC Travel, 10/18 | 5.61 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | Common Man, Concord, NH 10/21 | 211.56 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | Residence Inns, Concord, NH 10/24 | 151.51 |
| Check | 11/13/2014 | 4252 | Chase Card Services (TJ) | PlatePass Hertz Tolls, 10/29 | 13.90 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Southwest Airlines, travel date 10/20 | 761.20 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Southwest Airlines, 10/9 | 25.00 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Remis Place Pizza, Concord, NH 10/21 | 98.73 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Legal Sea Foods, Boston, MA 10/22 | 170.05 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Harbor Garage, Boston, MA 10/23 | 20.00 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Granite Restaurant, Concord, NH 10/24 | 556.63 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Shell Oil, Manchester, NH 10/24 | 34.67 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Oak Street Beach Cafe, Chicago, IL 10/25 | 4.30 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | Enterprise Rent-A-Car, Manchester, NH 10/25 | 353.80 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | DNC Travel, 10/20 | 12.62 |
| Check | 11/19/2014 | 4261 | Chase Card Services (BW) | DNC Travel, 10/20 | -2.16 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | Starbucks, Baltimore, MD 10/18 | 15.33 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | Yellow Cab of Austin, 10/18 | 85.90 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | Common Man, Concord, NH, 10/19 | 205.87 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | Common Man, Concord, NH 10/20 | 126.50 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | The Copy Room, Manchester, NH 10/20 | 2,505.44 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | Constantly Pizza, Concord, NH 10/23 | 54.12 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | Yellow Cab of Austin, 10/25 | 82.90 |
| Check | 12/2/2014 | 4502 | Chase Card Services (JA) | Residence Inns, Concord, NH 10/24 | 10.00 |
| Check | 12/29/2014 | 4524 | Chase Card Services (BW) | Enterprise Rent-A-Car toll charges, Manchester, NH | 14.00 |
| Check | 4/14/2015 | 4645 | ResIpsa | Inv. 5135, trial presentation | 15,816.98 |
| Total Trial | | | | | 52,518.66 |
| Total Farley | | | | | 282,336.20 |
| **TOTAL** | | | | | **282,336.20** |