UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JEANICE FARLEY, Individually and on Behalf of ) | |
| MICHAEL FARLEY, an Incompetent Adult, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | Civil No. 13-cv-261-LM |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

NOTICE OF APPEAL

Notice is hereby given that the United States of America, by its attorney Donald Feith,

Acting United States Attorney for the District of New Hampshire, hereby appeals to the United

States Court of Appeals for the First Circuit from the Judgment of this Court entered April 7,

2015.

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

Dated:  June 4, 2015                    By:  /s/ T. David Plourde
                                        T. David Plourde, NH Bar No. 2044
                                        Assistant U.S. Attorney
                                        Chief, Civil Division
                                        U.S. Attorney's Office
                                        53 Pleasant Street ~ 4th Floor
                                        Concord, NH  03301
                                        (603) 225-1552
                                        david.plourde@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 4th day of June, 2015, a copy of the above Notice of Appeal was served via the ECF system on Jamal K. Alsaffar, Esquire, Tom Jacobs, Esquire, and Lawrence Vogelman, Esquire, counsel for Plaintiffs.

<u>/s/ T. David Plourde</u>
T. David Plourde, AUSA