# United States Court of Appeals
## For the First Circuit

_____

Nos. 15-1684, 15-1687, 15-1743

JEANICE FARLEY, individually and on behalf of Michael Farley,
an incompetent adult

Plaintiff  Appellee/Cross-Appellant

GEORGE FARLEY; JAMES FARLEY; KIMBERLY-RAE FARLEY

Plaintiffs

v.

UNITED STATES

Defendant - Appellant/Cross-Appellee
_____

**JUDGMENT**

Entered: September 21, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.


                                By the Court:

                                /s/ Margaret Carter, Clerk


cc:
Lawrence Allen Vogelman
Jamal K. Alsaffar
Tom Jacob
Lowell Vernon Sturgill Jr.
Seth R. Aframe