# United States Court of Appeals
## For the First Circuit

Nos. 15-1684, 15-1687, 15-1743

JEANICE FARLEY, individually and on behalf of Michael Farley, an incompetent adult

Plaintiff Appellee/Cross-Appellant

GEORGE FARLEY; JAMES FARLEY; KIMBERLY-RAE FARLEY

Plaintiffs

v.

UNITED STATES

Defendant - Appellant/Cross-Appellee

---

**MANDATE**

Entered: September 21, 2015

In accordance with the judgment of September 21, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Seth R. Aframe
Jamal K. Alsaffar
Tom Jacob
Lowell Vernon Sturgill Jr.
Lawrence Allen Vogelman